

FILED

MAY - 2 2011

Clerk, U.S. District Court
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Paula K Goldwyn                    )
                                   )
          Plaintiff(s),             )
                                   )
vs.                                )  Case No. __11-CV-4046 KHV/JPO__
                                   )
Patrick R. Donahoe, Postmaster General )
United States Postal Service        )
                                   )
          Defendant(s).             )

## MOTION FOR APPOINTMENT OF COUNSEL

I, __Paula K Goldwyn__, ask the court to appoint a lawyer to represent me in this case.

I understand that the court <u>may</u> appoint lawyers in some cases, but that there is no constitutional right to having an appointed lawyer. I understand that the court will consider the information I am providing to decide whether justice requires the appointment of a lawyer in this case.

I understand that <u>before</u> the court will consider appointing a lawyer for me, I must contact the **Lawyer Referral Service, 200 N. Broadway, Suite 500, Wichita, Kansas 67202, 1-800-928-3111**, to get names of lawyers in the Kansas City area (both Missouri and Kansas attorneys) who handle cases like this case.

I have made a good effort to find a lawyer to represent me. I have contacted the following lawyers, but that I have been unable to obtain their services:

(1) __Larry Michel__

(2) __Steve Pigg__

(3) James E. Benfer, III

(4) Randy Debenham

(5) Pat Barnes

(6) Jason P. Hoffman

I understand that I am required to establish that I am financially unable to retain my own counsel.

I have already completed and filed an Affidavit of Financial Status.

    Yes \_\_\_\_\_    No ✓

OR

I have completed and am now filing an Affidavit of Financial Status with this motion.

    Yes ✓    No \_\_\_\_\_

I understand that any false statements in this motion will subject me to penalties of perjury.

_Paula Goldwyn_ (signature)
Signature of Plaintiff

Paula K Goldwyn
Name (print or type)

702 Laramie Street
Address

Manhattan, KS 66502
City    State    Zip Code

785.776.8095
Telephone Number