IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAULA K. GOLDWYN,   )
                    )
        Plaintiff,  )
                    )
v.                  )   Case No. 11-4046-KHV
                    )
PATRICK R. DONAHOE, et al.,  )
                    )
        Defendants. )

## **ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs **(doc. 3)** is hereby granted.

If not previously provided, plaintiff is directed to provide the addresses of all named defendants so that the Clerk of the Court may proceed with service of process no later than **May 13, 2011**.

Copies of this order shall be served on the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated May 3, 2011, at Kansas City, Kansas.

   s/James P. O'Hara
   James P. O'Hara
   U. S. Magistrate Judge

O:\ORDERS\11-4046-KHV-3.wpd