IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAULA K. GOLDWYN, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>PATRICK R. DONAHOE, et al., )<br>)<br>  Defendants. ) | Case No. 11-4046-KHV |

## **ORDER**

This case comes before the undersigned U.S. Magistrate Judge, James P. O'Hara, on the request **(doc. 7)** of the pro se plaintiff, Paula K. Goldwyn, for a clerk's extension of time to file her objections to the undersigned's May 3, 2011 order denying her motion for appointment of counsel (doc. 6).

Plaintiff requests an extension of fourteen days to file her objections to the undersigned's order. Plaintiff relies on D. Kan. Rule 77.2(a)(2) for her request for a clerk's extension of time. Under D. Kan. Rule 77.2(a)(2), the clerk may only grant an extension of time for a party to answer, reply, or otherwise plead to a complaint, crossclaim, or counterclaim. This is not the situation here.

Plaintiff's request is governed by D. Kan. Rule 6.1(a). Plaintiff has failed to offer any reason for her requested extension, as required by that rule. In an abundance of caution, however, the court will grant plaintiff until **June 1, 2011** to file her objections to the

O:\ORDERS\11-4046-KHV-7.wpd

undersigned's May 3, 2011 order. The court reminds plaintiff to follow D. Kan. Rule 6.1(a) when requesting extensions in the future.

The court also reminds plaintiff that pursuant to Fed. R. Civ. P. 72 and D. Kan. Rule 72.1.4(a), her written objections should be filed by filing a motion to review the undersigned's May 3, 2011 order. If plaintiff does not timely file her objections, no court will allow appellate review.

For the reasons stated above, plaintiff's request for extension of time to file motion to review **(doc. 7)** is granted. Plaintiff is granted until **June 1, 2011** to file her motion to review. Copies of this order shall be mailed to plaintiff by regular and certified mail.

Dated May 17, 2011, at Kansas City, Kansas.

 s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge