IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAULA K GOLDWYN,<br>        Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE,<br>POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br>        Defendant. | Case No. 11-4046-KHV/JPO |

**FILED**
JUN 1 2011
Clerk, U.S. District Court
By:_____ Deputy Clerk

## PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO REVIEW

      COMES NOW, Paula K Goldwyn, and hereby requests an extension of time pursuant to D. Kan. Rule 6.1(a), to allow an additional thirty (30) days within which to file her objections to the magistrate judge's order denying her request for appointment of counsel. In support of this request, Plaintiff states as follows:

      1.    There has not been prior consultation with the Defendant, since Plaintiff does not know who their representative is in this matter.

      2.    The motion was first due May 18, 2011.

      3.    One prior 14-day extension has been granted, which makes the motion presently due June 1, 2011.

      4.    The cause for this requested extension is Plaintiff's computer has recently "crashed" and she is now unable to access any of the files on her hard drive necessary to prepare her motion. Plaintiff contacted Fox Business Systems of Manhattan, Kansas, for an estimate of the costs of repair (which is $65 for the first hour of diagnosis, with any additional costs to be determined at that time). Plaintiff is indigent and cannot currently afford this amount, but is able to earn the needed funds by donating plasma in the coming weeks.

Respectfully submitted,

June 1, 2011
Date

/s/ Paula K Goldwyn
Paula K Goldwyn
*Pro Se Plaintiff*
702 Laramie St.
Manhattan, KS 66502
Phone: (785) 776.8095