IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAULA K. GOLDWYN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-4046-KHV |
| | ) |
| PATRICK R. DONAHOE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case comes before the undersigned U.S. Magistrate Judge, James P. O'Hara, on the motion **(doc. 14)** of the pro se plaintiff, Paula K. Goldwyn, for an extension of time to file a motion to review the undersigned's May 3, 2011 order denying her motion for appointment of counsel (doc. 6).

Plaintiff requests an extension of thirty days to file her objections to the undersigned's order. This is plaintiff's second request for extension of the deadline. The undersigned previously granted plaintiff until June 1, 2011 to file her motion to review (*see* doc. 8). Plaintiff states that her computer recently crashed and she is unable to access any of the files on her hard drive necessary to prepare her motion. The court finds plaintiff has shown good cause for the requested extension.

For the reasons stated above, plaintiff's request for extension of time to file motion to review **(doc. 14)** is granted. Plaintiff is granted until **July 5, 2011** to file her motion to review. Copies of this order shall be mailed to plaintiff by regular and certified mail.

O:\ORDERS\11-4046-KHV-14.wpd

-2-

Dated June 6, 2011, at Kansas City, Kansas.

                                       s/James P. O'Hara  
                                       James P. O'Hara  
                                       U.S. Magistrate Judge