IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PAULA K. GOLDWYN,                          )
                                           )
                    Plaintiff,             )
                                           )
v.                                         )   Case No. 11-4046-KHV
                                           )
PATRICK R. DONAHOE, et al.,                )
                                           )
                    Defendants.            )

## ORDER

This case comes before the undersigned U.S. Magistrate Judge, James P. O'Hara, on

the motion **(doc. 17)** of the pro se plaintiff, Paula K. Goldwyn, for extension of time to file

a motion to review the undersigned's May 3, 2011 order denying her motion for appointment

of counsel (doc. 6).

This is plaintiff's third request for extension of the deadline.  In her second request

for extension, plaintiff stated that her computer had crashed and she was unable to access

files on her hard drive necessary to prepare the motion.  In the instant request for extension,

plaintiff states that her computer "is still in the shop awaiting repair," and, additionally, that

she has experienced the deaths of two persons with whom she was close, that her mother has

required medical attention, and that her cat is missing.  The court finds plaintiff has shown

good cause for the requested extension.  However, no further extensions will be granted

absent a showing of truly extraordinary circumstances.

O:\ORDERS\11-4046-KHV-17.wpd

-2-

For the reasons stated above, plaintiff's request for extension of time to file a motion

to review **(doc. 17)** is granted.  Plaintiff is granted until **August 2, 2011**, to file her motion

to review.

Dated July 6, 2011, at Kansas City, Kansas.


 s/James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge