# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**PAULA K. GOLDWYN,**

           **Plaintiff,**

**v.**                                                **CIVIL NO.**
                                                           **11-4046-KHV-JPO**

**PATRICK R. DONAHOE, POSTMASTER GENERAL,**
**UNITED STATES POSTAL SERVICE,**

           **Defendants.**

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

( X )  **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered and filed December 6, 2011, this matter is DISMISSED.

**Dated:  February 22, 2012**                **TIMOTHY M. O'BRIEN, CLERK**

                                                      **s/Merry Morales**
                                                        **Merry Morales, Deputy Clerk**